IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davis, Troy A | Case Number: 07 B 06628 |
|---|---|---|
| | Davis, Kimberly | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 4/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,475.00 | |
| Secured: | | 4,491.06 |
| Unsecured: | | 0.00 |
| Priority: | | 4,342.30 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 641.64 |
| Other Funds: | | 0.00 |
| Totals: | 11,475.00 | 11,475.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,000.00 | 2,000.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 0.00 | 567.86 |
| 4. | Drive Financial Services | Secured | 12,907.30 | 3,923.20 |
| 5. | Internal Revenue Service | Priority | 30,323.34 | 4,342.30 |
| 6. | Dr Edward Ruis | Unsecured | 35.91 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 2,698.41 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 35.00 | 0.00 |
| 9. | Illinois Dept Of Employment Sec | Unsecured | 296.00 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 2,795.65 | 0.00 |
| 11. | Capital One | Unsecured | 75.82 | 0.00 |
| 12. | Sallie Mae | Unsecured | 12,076.24 | 0.00 |
| 13. | Capital One | Unsecured | 37.61 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 132.75 | 0.00 |
| 15. | Drive Financial Services | Unsecured | 56.42 | 0.00 |
| 16. | Western Illinois University | Unsecured | 40.06 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 206.90 | 0.00 |
| 18. | Triad Financial Services | Unsecured | 916.96 | 0.00 |
| 19. | Vicki Brewer | Unsecured | 2,500.00 | 0.00 |
| 20. | Ambulatory Surgicenter | Unsecured | 176.50 | 0.00 |
| 21. | Sprint Nextel | Unsecured | 25.68 | 0.00 |
| 22. | Premier Bankcard | Unsecured | 48.61 | 0.00 |
| 23. | Illinois State Tollway | Unsecured | 1,542.94 | 0.00 |
| 24. | Premier Bankcard | Unsecured | 37.17 | 0.00 |
| 25. | Nicor Gas | Unsecured | 102.62 | 0.00 |
| 26. | Allied International Credit | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davis, Troy A | Case Number: 07 B 06628 |
| --- | --- | --- |
|  | Davis, Kimberly | Judge: Wedoff, Eugene R |
|  | Printed: 10/29/08 | Filed: 4/13/07 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Alliance One | Unsecured | | No Claim Filed |
| 28. | Bally's Health Club | Unsecured | | No Claim Filed |
| 29. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
| 30. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 31. | Citibank | Unsecured | | No Claim Filed |
| 32. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 33. | CNY Fertility Center | Unsecured | | No Claim Filed |
| 34. | F & W LLC | Unsecured | | No Claim Filed |
| 35. | Emergency Care Health Organization | Unsecured | | No Claim Filed |
| 36. | Flossmoor Animal Hospital | Unsecured | | No Claim Filed |
| 37. | Creditors Collection Service | Unsecured | | No Claim Filed |
| 38. | GC Services | Unsecured | | No Claim Filed |
| 39. | Ivanhoe Dental Group Ltd | Unsecured | | No Claim Filed |
| 40. | KCA Financial Services | Unsecured | | No Claim Filed |
| 41. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 42. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 43. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 44. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 45. | KCA Financial Services | Unsecured | | No Claim Filed |
| 46. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 47. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 48. | KCA Financial Services | Unsecured | | No Claim Filed |
| 49. | Advance American | Unsecured | | No Claim Filed |
| 50. | KCA Financial Services | Unsecured | | No Claim Filed |
| 51. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 52. | LTD Financial Services | Unsecured | | No Claim Filed |
| 53. | KCA Financial Services | Unsecured | | No Claim Filed |
| 54. | Office Depot | Unsecured | | No Claim Filed |
| 55. | Office Of The Clerk Circuit | Unsecured | | No Claim Filed |
| 56. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 57. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 58. | RMI/MCSI | Unsecured | | No Claim Filed |
| 59. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 60. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 61. | University of Illinois | Unsecured | | No Claim Filed |
| 62. | Village of Evergreen Park | Unsecured | | No Claim Filed |
| 63. | Education Financial Services | Unsecured | | No Claim Filed |
| 64. | Payday Loan | Unsecured | | No Claim Filed |
| | | | $ 69,067.89 | $ 10,833.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 511.64 |
| 6.5% | 130.00 |
| | $ 641.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Troy A<br>Davis, Kimberly<br>Printed: 10/29/08 | Case Number:  07 B 06628<br>Judge:  Wedoff, Eugene R<br>Filed:  4/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

